56 P.3d 763

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

New v. New . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23794     10/01/2002     Affirmed
Poe v. Hawaii Labor Relations Bd. . . . . . . . . . . . . . . . . . . 24476     10/04/2002     Reversed
State v. Cassell . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24399     10/07/2002     Affirmed
Monet v. Monet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24236     10/10/2002     Other
State v. Vasquez . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23943     10/16/2002     Affirmed
State v. Elley . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23849     10/16/2002     Affirmed
Corcoran v. Administrative Director of Courts . . . . . . . . 24199     10/17/2002     Affirmed